# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WALLACE,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD TULL,<br><br>    Defendants. | No. CV 09-5075-VAP (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting Defendant's motion for summary judgment and dismissing the action with prejudice.

DATED: May 11, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE