UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WALLACE,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD TULL,<br><br>        Defendant(s). | No. CV 09-5075-VAP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Defendant's motion for summary judgment is granted and the action is dismissed with prejudice.

DATED: May 11 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE